United States District Court
Southern District of Texas
**ENTERED**
March 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER FREY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-02024 |
| § | |
| HEALTH MANAGEMENT SYSTEMS, § | |
| INC., *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are the Motions to Dismiss filed by Defendants (ECF Nos. 41, 42, 43, 45). On February 10, 2023, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R&R") in this case, recommending that the Motions be granted (ECF No. 67). Plaintiff Christopher Frey filed Objections (ECF No. 68), and Defendants responded (ECF Nos. 72, 73, 74, 75).

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R&R to which the Frey objected. However, the Court agrees with the conclusions and the reasoning of the R&R. Accordingly, the Court hereby **ADOPTS** the R&R and **GRANTS** Defendants' Motions to Dismiss. Frey's claims are dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed at Houston, Texas on March 17, 2023.

Keith P. Ellison
United States District Judge