United States District Court
Southern District of Texas
**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER FREY, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-02024 |
| § | |
| HEALTH MANAGEMENT SYSTEMS, § | |
| INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are Defendants' Motions for Attorney Fees. ECF Nos. 80, 81, 82, 83. On August 18, 2023, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R&R") in this case, recommending that the Motions be granted. ECF No. 90. Plaintiff Christopher Frey filed Objections, ECF No. 91, and Defendants responded, ECF No. 94.

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R&R to which the Frey objected. However, the Court agrees with the conclusions and the reasoning of the R&R. Accordingly, the Court hereby **ADOPTS** the R&R and **GRANTS** Defendants' Motions for Attorney Fees.

**IT IS SO ORDERED.**

Signed at Houston, Texas on November 9, 2023.

_____
Keith P. Ellison
United States District Judge